Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−28493
Chapter: 7
Judge: Pamela S. Hollis

In Re:
  Randolph Stuart Miles
  6621 State Route 71
  Yorkville, IL 60560

Social Security No.:
  xxx−xx−1461

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON DISMISSAL OF CASE**

PLEASE TAKE NOTICE that a hearing will be held at:

  Joliet City Hall, 150 W Jefferson Street, 2nd Floor, Joliet, IL 60432

  on December 7, 2018 at 10:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: October 26, 2018                    Jeffrey P. Allsteadt , Clerk
                                           United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:
Randolph Stuart Miles
6621 State Route 71
Yorkville, IL 60560
SSN: xxx−xx−1461 EIN: N.A.

Case No. :   18−28493
Chapter :    7
Judge :      Pamela S. Hollis

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

   Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

   The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Certificate of Credit Counseling.**

   Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 26, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court