Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−28493
Chapter: 7
Judge: Pamela S. Hollis

In Re:
　Randolph Stuart Miles
　6621 State Route 71
　Yorkville, IL 60560

Social Security No.:
　xxx−xx−1461

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

　　Joliet City Hall, 150 W Jefferson Street, 2nd Floor, Joliet, IL 60432

　　on December 7, 2018 at 10:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: October 26, 2018　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Randolph Stuart Miles
6621 State Route 71
Yorkville, IL 60560
SSN: xxx−xx−1461 EIN: N.A.

Case No. :   18−28493
Chapter :   7
Judge :   Pamela S. Hollis

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Certificate of Credit Counseling.**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 26, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 18-28493-PSH
Randolph Stuart Miles                                                 Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 1          Date Rcvd: Oct 26, 2018
                                           Form ID: ntchrgRq      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
```
27155713      +Audra M. Jentel,    3426 Wheatland Circle,    Geneva, IL 60134-4675
27155716      +Bank of the West,    PO Box 4024,    Alameda, CA 94501-0424
27155715      +Byline Bank (fka),    Oswego Community Bank,    10 S. Madison St,    Oswego, IL 60543-8351
27155717      +Douglas E. Miles,    264 Santa Isabel Ave.,    Costa Mesa, CA 92627-1562
27155712      +First American Bank (fka),    Southport Bank,    7027 Green Bay Rd.,
                Kenosha, Wisconsin 53142-1436
27155714      +The Federal Savings Bank (fka),    Baytree National Bank,    664 N. Western Ave.,
                Lake Forest, IL 60045-1951
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: randymiles5495@aol.com Oct 27 2018 00:46:42      Randolph Stuart Miles,
                 6621 State Route 71,    Yorkville, IL 60560-9369
```
                                                                                                                                                                                                            TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
```
              Joji    Takada     trustee@takadallc.com, jtakada@ecf.epiqsystems.com
              Lillian G Gonzalez     on behalf of Creditor    Bank of the West BKnotices@jbergstromlaw.com,
               lgonzalez@jbergstromlaw.com
              Neal H Levin     on behalf of Creditor    First American Bank nhlevin@freeborn.com,
               kpaige@freeborn.com;bkdocketing@freeborn.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Shira R Isenberg     on behalf of Creditor    First American Bank sisenberg@freeborn.com,
               bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
```
                                                                                                                                                                                                            TOTAL: 5